UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:05-M-174-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Cortney L. Neer** | ) | |

On December 14, 2005, Cortney L. Neer appeared before the Honorable Christina Demory, U.S. Magistrate Judge for the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Driving While Impaired and Driving Under 21 After Consuming Alcohol, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on January 26, 2011, the court finds as a fact that Cortney L. Neer, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Absconded from supervision.
2. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.
3. Failure to report to the probation officer as directed by the court or probation officer.
4. Failure to notify the probation officer ten days prior to any change in residence.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 20 days in Count 1 and 20 days in Count 2, to run concurrent.

**IT IS FURTHER ORDERED** that the defendant be allowed to voluntarily report to the designated institution upon notification of the U.S. Marshal.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 26th day of January, 2011.

Robert B. Jones, Jr.
U.S. Magistrate Judge